**93–785.** Doane v. Thriftway, Inc. *Hamilton County*, No. C–920031. On motion for leave to file notice of appeal instanter. Motion granted.

RESNICK and F.E. SWEENEY, JJ., dissent.

**93–813.** State v. Mullins. *Summit County*, No. 15608. On motion for leave to file delayed appeal. Motion granted.

MOYER, C.J., WRIGHT and F.E. SWEENEY, JJ., dissent.

**93–830.** State v. Younts. *Clark County*, No. 2944. On motion for leave to file delayed appeal. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**93–831.** State ex rel. Fant v. Tober. *Cuyahoga County*, No. 64471. On motion to remand. Motion denied.

PFEIFER, J., dissents.

**93–876.** State v. Walker. *Cuyahoga County*, No. 59926. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**93–929.** State v. Bell. *Cuyahoga County*, No. 61827. On motion for leave to file delayed appeal. Motion granted.

F.E. SWEENEY, J., dissents.

## JURISDICTIONAL MOTIONS ALLOWED

**93–278.** Moskovitz v. Mt. Sinai Med. Ctr. *Cuyahoga County*, Nos. 60464 and 61166.

MOYER, C.J., and WRIGHT, J., dissent.

**93–310.** Lake Hosp. Sys., Inc. v. Ohio Ins. Guar. Assn. *Cuyahoga County*, No. 63755.

A.W. SWEENEY, DOUGLAS and F.E. SWEENEY , JJ., dissent.

**93–339.** Soke v. The Plain Dealer. *Lake County*, No. 92–L–023.

MOYER, C.J., A.W. SWEENEY and PFEIFER, JJ., dissent.

**93–503.** Darwish v. Harmon. *Cuyahoga County*, Nos. 60906 and 60907. (Notice of appeal by George Darwish et al.; second notice of appeal by Anthony Darwish.)

MOYER, C.J., WRIGHT and F.E. SWEENEY, JJ., dissent.

**93–531.** State v. Gilliam. *Lorain County*, No. 92CA005331.

A.W. SWEENEY, RESNICK and F.E. SWEENEY , JJ., dissent.

## JURISDICTIONAL MOTIONS OVERRULED

**93–306.** State v. Heebsh. *Seneca County*, No. 13–92–27.

MOYER, C.J., and PFEIFER, J., dissent.

**93–320.** Soc. Natl. Bank v. Pysell. *Summit County*, No. 15659.

PFEIFER, J., dissents.

RESNICK, J., not participating.

**93–356.** State v. Tolleson. *Cuyahoga County*, No. 63580.

F.E. SWEENEY, J., not participating.

**93–363.** Owens v. Kistler. *Coshocton County*, No. 91–CA–34.

DOUGLAS, J., dissents.

**93–364.** White v. White. *Montgomery County*, No. 13528.

**93–377.** Am. Select Ins. Co. v. Stopar. *Cuyahoga County*, Nos. 61158 and 66159.

WRIGHT, J., dissents.

F.E. SWEENEY, J., not participating.